# APPENDIX.

## MEMORANDUM DECISIONS.

SARAH G. SHATTUCK V. BELKNAP SAVINGS BANK *et al.*

No. 14,487.　(83 Pac. 1116.)

Error from Harvey district court; PETER J. GALLE, judge.　Opinion filed February 10, 1906.　Affirmed.

*S. W. Shattuck, jr.,* for plaintiff in error.
*Whitcomb & Hamilton,* for defendants in error.

*Per Curiam:* On the authority of *Kelso v. Norton,* 65 Kan. 778, 70 Pac. 896, 93 Am. St. Rep. 308, and *Henthorn v. Security Co.,* 70 Kan. 808, 79 Pac. 653, this case is affirmed. Under the uncontroverted facts, the only legal right, if any, the plaintiff has in the land in question is to redeem and have an accounting for rents.

---

ART VOLLE *et al.* V. PATRICK COOK *et ux.*

No. 14,325.　(83 Pac. 1116.)

Error from Marshall district court; SAM KIMBLE, judge.　Opinion filed March 10, 1906.　Affirmed.

*R. P. Evans,* and *W. S. Glass,* for plaintiffs in error.
*W. W. Redmond,* for defendants in error.

*Per Curiam:* The action of the district court from which this proceeding in error arises related to a boundary which it was claimed had been fixed by parol and acquiesced in so as to bind the parties and their subsequent grantees. The only question is if the evidence supports the judgment of the trial court. A careful canvass of the record leads to the conclusion that the evidence is sufficient for that purpose, and the judgment is affirmed.